1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GARCIA-SALGADO
6

**FILED**

FEB 2 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   No. CR 09-70127 MEJ
                                     )
11             Plaintiff,            )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE
12       v.                          )   ARRAIGNMENT/PRELIMINARY
                                     )   HEARING DATE
13  FRANCISCO GARCIA-SALGADO,        )
                                     )
14             Defendant.            )
    _____)

15

16       On February 12, 2009, an arraignment or preliminary hearing in the above-captioned case

17  was scheduled before this Court for Tuesday, February 24, 2009 at 9:30 am. At that time, the

18  defendant waived his right under Federal Rule of Criminal Procedure 5.1(c) to have his

19  preliminary hearing within 10 days of his initial appearance. Given the extensive discovery in

20  this case, as well as both counsel's schedules, the parties now jointly request that the arraignment

21  or preliminary hearing date be continued to March 10, 2009 at 9:30am. The defendant, through

22  counsel, again waives his right under Federal Rule of Criminal Procedure 5.1(c) to have his

23  preliminary hearing within 10 days of his initial appearance.

24       The parties also request that the Court exclude the period of time from the date of this

25  Order through March 10, 2009 from any time limits applicable under 18 U.S.C. § 3161. The

26  parties represent that granting the continuance provides the reasonable time necessary for

CR 09-70127 MEJ;
STIP & [PROPOSED] ORD. TO CONTINUE          1

1    continuity and preparation of defense counsel, particularly given the extensive amount of

2    discovery.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served

3    by granting such a continuance outweigh the best interests of the public and the defendant in a

4    speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5          IT IS SO STIPULATED.

6

7    February 20, 2009                              /s
     DATED                                   KEVIN BARRY
8                                            Assistant United States Attorney

9

10
     February 20, 2009                              /s
11   DATED                                   JODI LINKER
                                             Assistant Federal Public Defender
12

13          Based on the stipulation of the parties, and for good cause shown, the next appearance in

14   the above-captioned matter is continued to March 10, 2009 at 9:30 am before the duty Magistrate

15   Judge and the time until then is excluded under the Speedy Trial Act.

16          IT IS SO ORDERED.

17

18   2/20/09
     DATED
19                                           MARIA ELENA JAMES
                                             United States Magistrate Judge
20                                           NANDON VADAS

21

22

23

24

25

26

     CR 09-70127 MEJ;
     STIP & [PROPOSED] ORD. TO CONTINUE          2